# Court of Appeals
# of the State of Georgia

ATLANTA,  November 09, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0095. NAJEE SHAREEF v. MONICA JONES.

Najee Shareef and Monica Jones divorced in 2016. Jones filed a petition for contempt, alleging that Shareef failed to pay child support in violation of the divorce decree. The trial court entered its "Final Order on Contempt," ordering Shareef to pay the child support arrearage and attorney fees and finding him in willful contempt. The trial court entered its order on September 7, 2022, and Shareef filed the instant application for discretionary appeal challenging the contempt ruling on October 14, 2022.[1] We, however, lack jurisdiction.

Shareef's application is untimely. To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because this application was filed 37 days after entry of the order Shareef seeks to appeal, it is untimely, and we

---

[1] Shareef also filed a direct appeal from the order at issue, which we dismissed for failure to follow discretionary appeal procedures. See Case No. A23A0363 (Oct. 4, 2022).

lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/09/2022 

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*